**Order entered July 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01493-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### PROSPERITY BANK, JO'EL DOE, KEENA CLIFTON, AND NAOMI THAMES, Appellees

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-05352-2016**

## ORDER

Before the Court are appellant's June 24, 2019 and June 25, 2019 notices informing the Court she has filed for bankruptcy and appellees' June 26, 2019 response. Under Texas Rule of Appellate Procedure 8.2, a bankruptcy suspends the appeal. *See* TEX. R. APP. P. 8.2. However, under appellate rule 8.3, an appeal suspended by bankruptcy may proceed if federal law or the bankruptcy court permits it. *See id.* 8.3. As appellees note in their response, the Bankruptcy Code's automatic stay, upon which appellate rule 8 is based, applies only to proceedings against the debtor. *See* 11 U.S.C. § 362(a)(1); Hearing Transcript, Supreme Court Advisory Committee 4010 (Nov. 18, 1994), 5224 (Jan. 20, 1995).

The underlying suit in this appeal was filed by appellant. Accordingly, the appeal will proceed. As appellant's brief on the merits was due June 28, 2019 and has not yet been filed, we **ORDER** appellant to file her brief no later than August 2, 2019. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/     ERIN A. NOWELL
        JUSTICE